ELIZABETH BENINATO *v.* SPECIALTY
FRAMING, INC., ET AL.
(12914)

LANDAU, SCHALLER and HENNESSY, Js.

Submitted on briefs September 23—decision released October 11, 1994

*Stephen P. Bertucio* filed a brief for the appellant
(plaintiff).

*James L. Pomeranz* filed a brief for the appellee
(defendant).

PER CURIAM. The decision of the compensation
review board is affirmed.